No. 03–473.  IN RE OWEN ET UX.; and

No. 03–6919.  IN RE PARIS.  Petitions for writs of mandamus denied.

No. 03–227.  VAKHARIA v. LITTLE COMPANY OF MARY HOSPITAL & HEALTH CARE CENTERS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–229.  OTIS ELEVATOR CO. v. MACK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 03–230.  MOISE ET AL. v. BULGER, INTERIM DISTRICT DIRECTOR, FLORIDA BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–253.  OLD PERSON v. BROWN, SECRETARY OF STATE FOR THE STATE OF MONTANA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–369.  MORTERS v. BARR ET AL.  Ct. App. Wis.  Certiorari denied.

No. 03–370.  SIBLEY v. SPEARS, DIRECTOR, MIAMI-DADE COUNTY DEPARTMENT OF CORRECTIONS AND REHABILITATION ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 03–371.  REPUBLICAN CAUCUS OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES v. VIETH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–375.  ILLINOIS v. BOWMAN.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 03–376.  PUTZ v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 03–379.  ELLIS v. HELDMAN, JUDGE, CHANCERY COURT OF TENNESSEE, 21ST JUDICIAL DISTRICT, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–380.  DAVILA v. DELTA AIR LINES, INC.  C. A. 11th Cir.  Certiorari denied.